IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Vernon Lester Bradley - #049294

 /

No. C 13-80278 WHA

**ORDER OF SUSPENSION**

    Because Vernon Lester Bradley has failed to respond to the order to show cause, Mr. Bradley's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: January 27, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE